OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 JUL. 22. 2015

7/15/2015
PEREZ, CHRISTOPHER RANDY
Tr. Ct. No. W296-80748-2014-HC                                    WR-83,590-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CHRISTOPHER RANDY PEREZ
GURNEY UNIT - TDC # 2002337

CL - 102                                                          U TF

BUSTER COLE STATE JAIL
3801 SILO RD.
BONHAM, TEXAS 75418

75861